LESTER LICHTER, Appellant, v. AUGUST ZOLOTOROFE et al., Respondents.—

The present complaint does not contain any *factual* allegations showing that the statements complained of were irrelevant. In a case such as this where the alleged defamatory words were published in the course of a judicial proceeding, such factual allegations are essential (*Zefferer* v. *Campbell*, 3 A D 2d 856; cf. *Chapman* v. *Dick*, 197 App. Div. 551, 553). Although the fact that the alleged libelous statements were published in the course of a judicial proceeding is not clearly alleged in the complaint, both plaintiff and defendants have construed the pleading as so alleging; and we accept their construction of it for

the purposes of this appeal. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.